**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| JOSHUA A. TINK, | ) | |
| | ) | BK    21-30885 |
| Debtor. | ) | |

**APPLICATION FOR EMPLOYMENT OF ATTORNEY FOR TRUSTEE**

COMES NOW Trustee Robert E. Eggmann and for his *Application for Employment of Attorney for Trustee* respectfully states as follows:

1. Robert E. Eggmann is the duly qualified and acting chapter 7 trustee in this case.

2. In order to perform his duties as trustee, Trustee requires the assistance of legal counsel for numerous matters arising in the bankruptcy proceeding, including but not limited to:

   a. the collection of property of the bankruptcy estate;

   b. the preparation and review of documents in connection with the filing of any necessary objections to exemptions;

   c. the preparation of legal motions and notices as may be required;

   d. the performance of necessary legal procedures in further discovery of assets;

   e. opposing various motions which may not be in the best interest of the estate;

   f. the representation of the Applicant in Court in connection with the above-described matters; and

   g. the preparation of other legal instruments related to the above-described matters, as required.

3. Specifically, Trustee is in need of an attorney to assist with the recovery of the non-exempt equity in various assets.

4. Trustee desires to employ the law firm of Carmody MacDonald, P.C. for the

purpose of providing Trustee legal services necessary for the administration of this estate.

5. The hourly rates of those associates and partners of Carmody MacDonald P.C. who are to be involved in this case range from $200.00 per hour for junior associates to $295.00 per hour for senior attorneys. The present rate for the attorney who will serve as lead counsel for the Trustee is $295.00 per hour. The hourly rates for those legal assistants to be involved in this case are $100.00 to $190.00 per hour. These rates are the same as rates generally charged for serviced rendered in all matters handled by Carmody MacDonald P.C., and are competitive with those charged by other law firms in the Southern District of Illinois for services comparable to those to be provided by Carmody MacDonald P.C. Firm billing rates are adjusted from time to time.

6. Based upon the Declaration attached hereto, Trustee believes that said law firm and its partners, of counsel, and associates, do not hold or represent any interest adverse to that of the Trustee, the bankruptcy estate, the U.S. Trustee and its employees.

7. Applicant believes said law firm is a disinterested entity within the meaning of 11 U.S.C. §101(14).

8. Applicant believes that the employment of said law firm would be in the best interest of the bankruptcy estate.

7. The Application To Employ Counsel is made pursuant to the provisions of 11 U.S.C. §§ 327, 328, and 331.

WHEREFORE, Trustee Robert E. Eggmann prays that he be authorized to employ the law firm of Carmody MacDonald P.C. for the purposes outlined above, with compensation of counsel to be paid as an administrative expense in such amount as this Court hereinafter determines and allows upon application or applications to be filed by said attorneys.

ROBERT E. EGGMANN, TRUSTEE,

/s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
2227 Illinois Route 157
Edwardsville, IL  62025
(618) 222-1900 (Telephone)
(314) 854-8660 (Fax)
reetrustee@carmodymacdonald.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| JOSHUA A. TINK, | ) | |
| | ) | BK    21-30885 |
| Debtor. | ) | |

**<u>DECLARATION OF BECKY R. EGGMANN</u>**

STATE OF MISSOURI    )
                     ) SS.
COUNTY OF ST. LOUIS  )

I, BECKY R. EGGMANN, declare:

1. I am an attorney duly admitted to practice before all courts of the State of Illinois, as well as this Court.

2. I am a member of the law firm of Carmody MacDonald P.C. that the Trustee is seeking to employ generally by the Application to which this Declaration is attached. Several other members and associates of the law firm are similarly duly admitted to practice in this State and before this Court.

3. The law firm of Carmody MacDonald P.C. has extensive experience in numerous areas of law including bankruptcy, insolvency, corporate reorganization, tax-related bankruptcy matters, and debtor/creditor law. The firm is well qualified to represent the Trustee herein and is willing to accept employment on the basis set forth in the annexed Application.

4. The law firm of Carmody MacDonald P.C., its partners, of counsel, and associates do not hold any interest adverse to the above-entitled estate, and said law firm is a disinterested entity as defined in 11 U.S.C. §101(14).

5. Neither the firm nor any of its partners, of counsel, or associates represent any interest adverse to the estate of the Debtor, the Debtor, creditors, any other party-in-interest nor their respective attorneys and accountants, the U.S. Trustee and the employees of the U.S. Trustee.

6. Neither the firm nor any of its partners, of counsel and associates have a business, professional, or other connection with the Debtor.

7. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Becky R. Eggmann
Becky R. Eggmann, Illinois Bar # 6203020
CARMODY MACDONALD P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
Fax No. (314)854-8660
bre@carmodymacdonald.com

Subscribed and sworn to before me this 4th day of May, 2022.

/s/ Krista J. Doiron
Notary Public

My Commission Expires: January 30, 2026

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List and that a copy of the foregoing was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their addresses disclosed by the pleadings of record, by regular mail with postage fully prepaid on the 4th day of May, 2022.

                                                                               /s/ Krista Doiron